■ In the Matter of DONNA R., Respondent, v ROBERT P., Appellant. [619 NYS2d 131] —In a proceeding pursuant to Family Court Act § 413, the father appeals from an order of the Family Court, Suffolk County (Freundlich, J.), entered April 20, 1993, which, *inter alia,* directed him to pay $302 per week in child support.

Ordered that the order is affirmed, with costs.

The parties had an out-of-wedlock child from their short-

term relationship. The father contends that application of the Child Support Standards Act *(see,* Family Ct Act § 413) was unjust and inappropriate because the parties had never lived together and that the award, which was 17% of $80,000, was more than the needs of a two-year-old child. We disagree. The father does not fall within the exceptions set forth in Family Court Act § 413 (1) (b), (f), and the application of the statutory formula was not unjust or inappropriate *(see, Matter of Kathy G. J. v Arnold D.,* 116 AD2d 247, 257). We have reviewed the appellant's remaining contentions and find them to be without merit. Mangano, P. J., Thompson, Copertino and Hart, JJ., concur.